IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RANDALL P. WINSLOW, III,** | : | |
| | : | |
| **Petitioner,** | : | **CIVIL ACTION** |
| **v.** | : | |
| | : | **NO.  12-3543** |
| **PENNSYLVANIA BOARD OF** | : | |
| **PROBATION AND PAROLE et al,** | : | |
| | : | |
| **Respondents.** | : | |

## ORDER

**AND NOW**, this ____ day of June, 2014, upon careful and independent consideration of the

Petition for a Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254, and after review of the

Report and Recommendation of United States Magistrate Elizabeth T. Hey (Doc. 10) and

Petitioner's Objections and Reply thereto (Docs. 12 & 13), **IT IS HEREBY ORDERED AND**

**DECREED** that:

  1.     The Report and Recommendation is **APPROVED and ADOPTED**.

  2.     The Petition for a Writ for Habeas Corpus filed pursuant to 28 U.S.C. § 2254 is
         **DISMISSED**.

  3.     There is no basis for the issuance of a certificate of appealability.

     **IT IS FURTHER ORDERED** that the Clerk of Court shall mark the above-captioned

matter as **CLOSED** for statistical purposes.

                                        **BY THE COURT:**

                                        **/s/ Petrese B. Tucker**

                                        _____

                                        **Hon. Petrese B. Tucker, C. J.**